

| | | |
|---|---|---|
| **HON. SYLVIA HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Laura C. Williams**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2435<br>lawillia@law.nyc.gov |

June 15, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge,
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. By **June 17, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 6.)

Dated: June 16, 2022
New York, New York

L**ORNA** G. S**CHOFIELD**
U**NITED** S**TATES** D**ISTRICT** J**UDGE**

Re: Khairul Annam et al v. The City of New York et al
Docket No. 22-CV-02945 (LGS)

Dear Judge Schofield:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants[1] in the above-referenced action. I write to respectfully request a brief extension of time from June 15, 2022 to June 17, 2022 to file the parties' joint letter and Proposed Civil Case Management Plan and Scheduling Order in advance of the initial conference scheduled in this matter for June 22, 2022 at 4:10 P.M. See ECF Dkt. No. 6. Defendants' counsel have attempted to reach Plaintiffs' counsel today to confer about the parties' joint filings, but have not been able to get in contact with him. This extension is requested to allow the parties time to meet and confer.

                                               Respectfully submitted,

                                               /s/
                                               Laura C. Williams
                                               Assistant Corporation Counsel

cc: Mustapha Ndanusa (via ECF)
      Davis, Ndanusa, Ikhlas & Saleem LLP
      Attorneys for Plaintiffs

---

[1] This Office now represents all individually named defendants with the exception of Ross Hoffman who, upon information and belief, is deceased.