UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
  KHAIRUL ANNAM, et al.,                                :
                                      Plaintiffs,       :         22 Civ. 2945 (LGS)
                                                        :
                 -against-                              :                ORDER
                                                        :
  CITY OF NEW YORK, et al.,                             :
                                      Defendants.  :
-------------------------------------------------------------:
                                                        X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, an initial conference was held on June 29, 2022, to set a discovery schedule and to discuss Defendants' proposed motion to dismiss (the "Motion").  It is hereby

   **ORDERED** that, by **July 8, 2022**, Plaintiffs shall file a letter stating on which claims Plaintiffs intend to proceed and which claims Plaintiffs consent to voluntarily dismiss.  It is further

   **ORDERED** that, by **July 29, 2022**, Defendants shall answer the amended complaint or file the Motion, which shall be briefed according to the following schedule:

- By **July 29, 2022**, Defendants shall file the Motion with a memorandum of law, not to exceed 25 pages.

- By **August 19, 2022**, Plaintiffs shall file their opposition, not to exceed 25 pages.

- By **August 31, 2022**, Defendants shall file their reply in support of the Motion, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.  It is further

   **ORDERED** that the Case Management Plan and Scheduling Order will issue separately. The parties' attention is particularly directed to the provisions for periodic status letters, and the

need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial

date.

Dated: June 30, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**