UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KHAIRUL ANNAM and NAHEED
AFROZ,

                              Plaintiff,                    **NOTICE OF MOTION**

                -against-
                                                           No. 22 Civ. 02945 (LGS)
CITY OF NEW YORK, NEW YORK
CITY DEPARTMENT OF BUILDINGS,
MELANIE      E.      LA      ROCCA,
Commissioner, TIMOTHY E. HOGAN,
MATTHEW       MILLNER,      LEONID
MILLER,      YEGAL       SHAMASH,
GEOFFREY    B.   EISELE,   JOSEPH
ACKROYD,      KEVIN     SCHULTZ,
MATTHEW     DIBONO,    LISTORIEL
VASQUEZ,

Defendants.

-------------------------------------------------------- x


        **PLEASE  TAKE  NOTICE**, that  upon  the  annexed  Declaration  of  Assistant

Corporation Counsel Stephen M. Suhovsky, dated September 7, 2022, and the exhibits annexed

thereto; accompanying Memorandum of Law; and upon all prior pleadings and proceedings had

herein, defendants will move this Court before the Honorable Lorna G. Schofield, United States

District Judge, at the United States District Court for the Southern District of New York, located

at 40 Foley Square, New York, New York, at a date and time to be determined by the Court,

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiffs' Second

Amended Complaint against defendants, with prejudice, and for such other and further relief as

the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated

August 18, 2022, plaintiff's opposition papers, if any, shall be served on the undersigned no later

than September 28, 2022.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated

August 18, 2022, Defendants' reply papers, if any, shall be served on plaintiff by October 12,

2022.

Dated:  September 7, 2022
New York, New York

                              HON. SYLVIA HINDS-RADIX
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants*
                              100 Church Street, Room 2-112
                              New York, New York 10007
                              (212) 356-1177

                    By:    _____
                              Stephen M. Suhovsky
                              *Assistant Corporation Counsel*
                              Labor and Employment Division

2

No. 22 Civ. 02945 (LGS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAIRUL ANNAM and NAHEED AFROZ,

Plaintiffs,

-against-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF BUILDINGS, MELANIE E. LA ROCCA, Commissioner, TIMOTHY E. HOGAN, MATTHEW MILLNER, LEONID MILLER, YEGAL SHAMASH, GEOFFREY B. EISELE, JOSEPH ACKROYD, KEVIN SCHULTZ, MATTHEW DIBONO, LISTORIEL VASQUEZ,

Defendant.

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED R. CIV. P. 12(B)(6)**

**HON. SYLVIA HINDS-RADIX** Corporation Counsel of the City of New York
*Attorney for Defendants*

100 Church Street Rm. 2-112
New York, N.Y.  10007

Of Counsel: Stephen M. Suhovsky
Tel:  (212) 356-1177

*Due and timely service is hereby admitted.*

*New York, N.Y.  ................................... , 2022 . . .*

*....................................................................... Esq.*

*Attorney for ...........................................................*