UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHAIRUL ANNAM, et al.,

                Plaintiffs,

-against-　　　　　　　　　　　　　　　　22 **CIVIL** 2945 (LGS)

                                                     **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 4, 2023, Plaintiffs' claims are DISMISSED, without prejudice to refiling in state court. The parties' joint request for an extension of time to complete discovery is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      January 4, 2023

                                                         **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            **BY:**        *K. Mango*

                                                               **Deputy Clerk**